$50 FEE PAID
# 2286370
FEE NOT PAID
(LETTER)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND



FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 MAR 20 P 2: 19

American Communications Services
of Maryland, Inc., d/b/a  e.spire
        Plaintiff(s)        *

Case No.: CCB 02CV769

vs.        *

Montgomery County, MD
County Council of Mont. Cty., MD
        Defendant(s)
        ******

BY _____ DEPUTY

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Adam S. Caldwell, am a member in good standing of the bar of this Court. My bar number is 12619. I am moving the admission of Robert G. Scott, Jr. to appear *pro hac vice* in this case as counsel for American Communications Services of Md., Inc., d/b/a/ e.spire

We certify that:

1.  The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Commonwealth of Virginia | 1987 |
| District of Columbia | 1989 |
|  |  |
|  |  |
|  |  |

2.  During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3.  The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.  The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.  Either (the undersigned movant) or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.  **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

/ok

MOVANT
*/s/ Cd Cdwell*
Signature

Adam S. Caldwell
Printed Name

Cole, Raywid & Braverman
Firm

1919 Pennsylvania Ave., NW, #200
Washington, DC  20006
Address

(202) 659-9750
Telephone Number

(202) 452-0067
Fax Number

PROPOSED ADMITTEE
*/s/ Robt Scott*
Signature

Robert G. Scott, Jr.
Printed Name

Cole, Raywid & Braverman
Firm

1919 Pennsylvania Ave., NW, #200
Washington, DC  20006
Address

(202) 659-9750   Prid 283440
Telephone Number
                 Plid 114060
(202) 452-0067
Fax Number

********************************************************************

### ORDER

☑ GRANTED        ☐ DENIED

3/22/02                                       /s/ CCB
_____                       _____
Date                                          United States District Judge