**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 APR -3  P 3: 39

2002 APR -2  P 12: 16

CLERK'S OFFICE
AT GREENBELT
DEPUTY
BY_____DEPUTY

| | |
|---|---|
| AMERICAN COMMUNICATION SERVICES<br>OF MARYLAND, INC.,<br>d/b/a e.spire, a Maryland corporation<br>131 National Business Parkway, Suite 100<br>Annapolis Junction, Maryland 20701<br><br>      Plaintiff,<br><br>v.<br><br>MONTGOMERY COUNTY, MARYLAND<br>101 Monroe Street<br>Rockville, Maryland 20850<br><br>and<br><br>COUNTY COUNCIL OF MONTGOMERY COUNTY,<br>MARYLAND<br>100 Maryland Avenue<br>Rockville, Maryland 20850<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No. CCB-02-CV769 |

## STIPULATION TO EXTEND TIME TO ANSWER

American Communication Services, Inc., dba e•spire, Plaintiff, and Montgomery County,

Maryland, and the Montgomery County Council, Defendants, the parties to this litigation, hereby

stipulate to extend the date by which Defendants must answer or otherwise plead from April 3,

2002, to May 10, 2002.



Respectfully submitted,


_____
Robert G. Scott, Jr. (Bar # 15300)
Adams S. Caldwell
Cole, Raywid & Braverman, L.L.P.
1919 Pennsylvania Avenue, N.W.
Suite 200
Washington, D.C. 20006

_____
Nicholas P. Miller (Bar # 14179)
William Malone (Bar # 12347)
Miller and Van Eaton, P.L.L.C.
1155 Connecticut Avenue, N.W.
Suite 1000
Washington, D.C. 20036-4320


Attorneys for the Plaintiff                    Attorneys for the Defendants


April 1, 2002

Approved:    April 3, 2002

_____
U.S.D.J.


4257\21\WRM00739.DOC