ORIGINAL

FILED
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2002 APR 23 P 4: 21

AMERICAN COMMUNICATION SERVICES
OF MARYLAND, INC.,
d/b/a e.spire, a Maryland corporation
131 National Business Parkway, Suite 100
Annapolis Junction, Maryland 20701

       Plaintiff,

v.               Civil Action No. CCB 02CV769

MONTGOMERY COUNTY, MARYLAND
101 Monroe Street
Rockville, Maryland 20850 et al.

       Defendants.

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff American Communications Services of Maryland, Inc. d/b/a e.spire ("e.spire"), hereby submits notice that it is dismissing its Verified Complaint for Declaratory, Injunctive and Other Relief (the "Verified Complaint"), now pending before the Court in this matter.

Defendants Montgomery County, Maryland and the County Council of Montgomery County, Maryland, have neither answered the Verified Complaint nor filed a motion for summary judgment. e.spire desires to terminate this litigation.

MICROFILMED
APR 25 2002

Approved
[signature] 4-25-02

9988_1.DOC

THEREFORE, e.spire dismisses its Verified Complaint WITHOUT PREJUDICE.

Respectfully submitted,

By: _____
Robert G. Scott, Jr. [Bar No.15306]
Adam S. Caldwell [Bar No. 12619]
**COLE, RAYWID & BRAVERMAN, L.L.P**
1919 Pennsylvania Ave., N.W., Suite 200
Washington, D.C. 20006
(202) 659-9750 - telephone
(202) 452-0067 – telecopier

**Attorneys for
AMERICAN COMMUNICATIONS SERVICES
OF MARYLAND, INC. d/b/a e.spire**

April 23, 2002

9988_1.DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AMERICAN COMMUNICATION SERVICES
OF MARYLAND, INC.,
d/b/a e.spire, a Maryland corporation

               Plaintiff,

v.                                          Civil Action No. CCB 02CV769

MONTGOMERY COUNTY, MARYLAND, *et al.*

               Defendants.

**CERTIFICATE OF SERVICE**

I, Robert G. Scott, Jr. hereby certify that on this 23rd day of April, 2002, I caused the foregoing Notice of Dismissal to be served by first-class mail, postage prepaid to the following counsel for the Defendants Montgomery County and the Montgomery County Council:

Clifford L. Royalty, Esquire
Associate County Attorney
Montgomery County
101 Monroe Street
Rockville, Maryland 20850

William Malone
Miller & Van Eaton
1155 Connecticut Avenue, NW, Suite 1000
Washington, DC  20036-4320

                                                              Robert G. Scott, Jr.